UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Daniel Eric Cobble,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No. *14-455*
    )
John Doe, Director of Federal    )
Bureau of Investigation    )
Civil Rights Section,    )
    )
    Defendants.    )
_____)

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The Court will grant plaintiff's application to proceed *in forma*

*pauperis* and will dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P.

12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter

jurisdiction is wanting).

Plaintiff is a Georgia state prisoner. The handwritten scribbling comprising the

complaint is difficult to read but plaintiff seeks a writ of mandamus to compel the FBI to

investigate his claims of being framed. The United States Attorney General has absolute

discretion in deciding whether to investigate claims for possible criminal or civil prosecution.

As a general rule applicable to the circumstances of this case, such decisions are not subject to

judicial review. *Shoshone-Bannock Tribes v. Reno*, 56 F.3d 1476, 1480-81 (D.C. Cir. 1995); *see*

*accord Wightman-Cervantes v. Mueller*, 750 F. Supp. 2d 76, 81 (D.D.C. 2010) (citing cases);

1

*Martinez v. U.S.*, 587 F. Supp. 2d 245, 248-49 (D.D.C. 2008) (same). Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: March ____, 2014

United States District Judge